IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| D.W., | Case No. 3:21-cv-571-SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| **FRESENIUS MEDICAL CARE NORTH AMERICA**, | |
| Defendant. | |

Based on the Court's ORDER,

**IT IS ADJUDGED** that this case is dismissed without prejudice.

DATED this 19th day of May, 2022.

/s/ *Michael H. Simon*
Michael H. Simon
United States District Judge

PAGE 1 – JUDGMENT